**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAFIN ACEVEDO,<br><br>        Plaintiff,<br><br>   v.<br><br>ETS SERVICES, LLC, DOE 1, and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1529-VAP (JTLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 17, 2008

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge